UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br>DAMIEN NORRIS,<br><br>                    Defendant. | Case No. 2:17-cr-00124-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion for Status Update (ECF No. 172), filed August 1, 2018. Upon review and consideration and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion for Status Update (ECF No. 172) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall provide a courtesy copy of the docket, along with a copy of the Defendant's Motion for Status Update (ECF No. 172).

Dated this 7th day of August, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE