ANDREW M. LEAVITT, ESQ.
Nevada Bar #3989
MATTHEW D. COX, ESQ.
Nevada Bar# 10556
Law Office of Andrew M. Leavitt, Esq.
633 South Seventh Street
Las Vegas, Nevada 89101
(702) 382-2800
Attorney for Defendant,
DAMIEN NORRIS

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:17-CR-00124-JAD-GWF-3 |
| ) | |
| Plaintiff, ) | ECF No. 326 |
| ) | |
| vs. ) | |
| ) | |
| DAMIEN NORRIS, ) | |
| ) | |
| Defendant. ) | |

_____

## ORDER

Based on the pending Stipulation of the parties, and good cause appearing therefore,

IT IS SO ORDERED that the sentencing date currently scheduled for June 24, 2019, at the hour of 10:00 a.m. shall be vacated and continued to August 8, 2019, at the hour of 11:00 a.m.

DATED this 14th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

ANDREW M. LEAVITT
ATTORNEY AT LAW
633 South Seventh Street
Las Vegas, Nevada 89101
Tel.: (702) 382-2800
Fax: (702) 382-7436

3