# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:17-CR-000124-JAD-GWF |
| | ) | |
| vs. | ) | **ORDER CONTINUING SENTENCING** |
| | ) | |
| DAMIEN NORRIS, | ) | ( 2nd Request) |
| | ) | |
| Defendant, | ) | ECF No. 364 |
| | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned matter currently scheduled for August 8, 2019, at the hour of 9:00 a.m., be vacated and continued to October 15, 2019 at the hour of 10:30 a.m.

DATED this 2nd day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE