# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 2:17-CR-000124-JAD-GWF |
| | ) | |
| vs. | ) | **ORDER CONTINUING** |
| | ) | **SENTENCING** |
| DAMIEN NORRIS, | ) | ( 2nd Request) |
| | ) | |
| Defendant, | ) | ECF No. 403 |
| | ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds that:

**IT IS HEREBY ORDERED** that the sentencing hearing in the above-captioned matter currently scheduled for October 15, 2019, at the hour of 10:30 a.m., be vacated and continued to November 25, 2019, at the hour of 10:00 a.m.

DATED this 11th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE