UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff<br><br>v.<br><br>Damien Norris,<br><br>　　Defendant | Case No.: 2:17-cr-00124-JAD-EJY-3<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 565] |

　　Last month, I granted Damien Norris's motion for an extension of time to file his 28 U.S.C. § 2255 petition for habeas relief.[1] And because his petition raises nonfrivolous claims for relief, I directed the government to respond to it within 21 days.[2] The government now moves for an extension of that deadline.[3] Good cause appearing, IT IS ORDERED that the United States Attorney for the District of Nevada's motion to extend time **[ECF No. 565] is GRANTED and the government's deadline to file a response to Damien Norris's motion to vacate, set aside, or correct sentence [ECF No. 554] is EXTENDED to May 27, 2022**.

　　IT IS FURTHER ORDERED that if Norris chooses to reply to the response to his motion, he must do so **within 14 days after the government files a response**.

　　And because it appears that Norris has been moved from FCI Phoenix to FCI Herlong, the Clerk of Court is **DIRECTED to mail a copy of this order and my previous order [ECF No. 562] to Norris at FCI Herlong, 741-925 Access Road A-25, Herlong, CA 96113**. Norris

---

[1] ECF No. 562.
[2] *Id.*
[3] ECF No. 565.

must file a notice of change of address under Local Rule IA 3-1 by May 18, 2022, to prevent any further mail from being returned as undeliverable.

_____
U.S. District Judge Jennifer A. Dorsey
May 4, 2022